United States Bankruptcy Court
Middle District of Pennsylvania

In re    Amy Walter              Case No.    1:23-bk-00246
         Debtor(s)                Chapter     13

### DEBTOR'S MOTION TO EXTEND TIME

The Debtor , Amy Walter , through her attorney, Dawn Cutaia, requests additional time to file her Schedules, Plan, and related documents and in support thereof states the following:

1. Debtor filed a Chapter 13 on February 4, 2023.
2. The balance of Debtor's paperwork was due February 18, 2022 .
3. Debtor is still collecting some additional documentation Counsel needs.  Counsel was on vacation and therefore needs additional time to finish Debtor's paperwork and review it with her.  This will likely be a 100% income-driven plan.

WHEREFORE, respectfully request this Honorable Court grant her an extension of time to complete and file her paperwork.

Respectfully Submitted:

/s/ Dawn Marie Cutaia
Attorney for Debtors
Supreme Court ID 77965
717-304-1841
dmcutaia@gmail.com

United States Bankruptcy Court
Middle District of Pennsylvania

In re   Amy Walter                              Case No.    1:23-bk-00246
              Debtor(s)                         Chapter     13

**ORDER**

Upon consideration of the Motion to Extend Time, said Motion is hereby **GRANTED** and the **Debtor** is given an extension until March 18, 2023 to file all required documents.