United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 23-00246-HWV

Amy Elizabeth Walter                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                           User: AutoDocke                          Page 1 of 3
Date Rcvd: Mar 01, 2023                   Form ID: ntnew341                    Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Elizabeth Walter, 944 Aspen Lane, Red Lion, PA 17356-9318 |
| 5520303 | + | Ccb/sahalie, Po Box 182120, Columbus, OH 43218-2120 |
| 5520300 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5520316 | + | Jasper/webbank/corecar, 75 Sullivan St, New York, NY 10012-4710 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 18:47:44 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 01 2023 18:47:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520301 | + | Email/Text: bankruptcy@bmgmoney.com | Mar 01 2023 18:43:00 | BMG Money, 444 Brickell Avenue, Suite 250, Miami, FL 33131-2404 |
| 5520309 | | Email/Text: cfcbackoffice@contfinco.com | Mar 01 2023 18:43:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5520310 | | Email/Text: cfcbackoffice@contfinco.com | Mar 01 2023 18:43:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 5520302 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 01 2023 18:47:38 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5521109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 01 2023 18:47:29 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5520304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 01 2023 18:47:45 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5520305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 18:43:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520306 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 18:43:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 18:43:00 | Comenitycapital/bbbaby, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520308 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 01 2023 18:43:00 | Comenitycb/sahalie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520311 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 01 2023 18:47:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |

Case 1:23-bk-00246-HWV    Doc 15    Filed 03/03/23    Entered 03/04/23 00:25:15    Desc
Imaged Certificate of Notice    Page 1 of 4

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5520312 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2023 18:47:38 | First Premier, Attn: Bankruptcy, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 5520313 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 01 2023 18:47:29 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5520314 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2023 18:43:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5520315 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 01 2023 18:43:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5520298 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 01 2023 18:43:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5520317 | | Email/Text: bankruptcy@kashable.com | Mar 01 2023 18:43:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 5520319 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 01 2023 18:43:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5521313 | | Email/PDF: pa_dc_claims@navient.com | Mar 01 2023 18:47:29 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5520320 | + | Email/PDF: pa_dc_claims@navient.com | Mar 01 2023 18:47:43 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5520321 | + | Email/PDF: pa_dc_claims@navient.com | Mar 01 2023 18:47:43 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5520322 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 01 2023 18:47:39 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5523829 | | Email/Text: bnc-quantum@quantum3group.com | Mar 01 2023 18:43:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5520323 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:29 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5520328 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:38 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520324 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520325 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:38 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520326 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:44 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5520327 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 01 2023 18:47:31 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520299 | + | Email/Text: kcm@yatb.com | Mar 01 2023 18:43:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5520318 | ##+ | Lendingusa, Po Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Amy Elizabeth Walter dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amy Elizabeth Walter,   Chapter   13

**Debtor 1**

Case No.   1:23−bk−00246−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: April 6, 2023 <br> Time: 11:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 1, 2023 |

ntnew341 (04/18)