In re:  Case No. 23-00246-HWV

Amy Elizabeth Walter  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 3
Date Rcvd: Apr 06, 2023    Form ID: ntcnfhrg    Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amy Elizabeth Walter, 944 Aspen Lane, Red Lion, PA 17356-9318 |
| 5526992 | | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5520303 | + | Ccb/sahalie, Po Box 182120, Columbus, OH 43218-2120 |
| 5520300 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5520316 | + | Jasper/webbank/corecar, 75 Sullivan St, New York, NY 10012-4710 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 18:44:32 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Apr 06 2023 18:45:07 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520301 | + | Email/Text: bankruptcy@bmgmoney.com | Apr 06 2023 18:39:00 | BMG Money, 444 Brickell Avenue, Suite 250, Miami, FL 33131-2404 |
| 5520309 | | Email/Text: cfcbackoffice@contfinco.com | Apr 06 2023 18:39:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 5520310 | | Email/Text: cfcbackoffice@contfinco.com | Apr 06 2023 18:39:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 5520302 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 06 2023 18:45:06 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 5521109 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 18:44:32 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5532201 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2023 18:45:06 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 5520304 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2023 18:45:08 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5520305 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 18:39:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520306 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 18:39:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 18:39:00 | Comenitycapital/bbbaby, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5520308 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 06 2023 18:39:00 | Comenitycb/sahalie, Attn: Bankruptcy, Po Box |

| Recip ID | | Email Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 5520311 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 06 2023 18:44:35 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5520312 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2023 18:45:18 | First Premier, Attn: Bankruptcy, PO Box 5525, Sioux Falls, SD 57117-5525 |
| 5520313 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 06 2023 18:45:06 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5520314 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 06 2023 18:39:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5520315 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 06 2023 18:39:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5520298 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2023 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5520317 | | Email/Text: bankruptcy@kashable.com | Apr 06 2023 18:39:00 | Kashable Llc, Attn: Bankruptcy Dept, 489 5th Ave, 18th Floor, New York, NY 10017 |
| 5528451 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2023 18:45:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5520319 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 06 2023 18:39:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 5521313 | | Email/PDF: pa_dc_claims@navient.com | Apr 06 2023 18:45:06 | NAVIENT, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5520320 | + | Email/PDF: pa_dc_claims@navient.com | Apr 06 2023 18:45:18 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barr, PA 18773-9640 |
| 5520321 | + | Email/PDF: pa_dc_claims@navient.com | Apr 06 2023 18:45:06 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 5520322 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 06 2023 18:44:32 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 5523829 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2023 18:39:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5532732 | | Email/Text: bnc-quantum@quantum3group.com | Apr 06 2023 18:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5520323 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:45:19 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 5520328 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:45:18 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520324 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:45:06 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520325 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:44:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520326 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:45:18 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5520327 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 18:45:19 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5520299 | + | Email/Text: kcm@yatb.com | Apr 06 2023 18:39:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5520318 | ##+ | Lendingusa, Po Box 503430, San Diego, CA 92150-3430 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2023　　　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Amy Elizabeth Walter dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor NATIONSTAR MORTGAGE LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Amy Elizabeth Walter,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−00246−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 3, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 10, 2023  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101−1737 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 6, 2023 |

ntcnfhrg (08/21)