UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  AMY ELIZABETH WALTER          :   CHATPER 13
          Debtor                                    :
                                                      :
          JACK N. ZAHAROPOULOS           :
          STANDING CHAPTER 13 TRUSTEE  :
          Movant                                    :
                                                      :
          vs.                                        :
                                                      :
          AMY ELIZABETH WALTER          :
          Respondent                               :   CASE NO.   1-23-bk-00246

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   6th   day of April, 2023, comes Jack N. Zaharopoulos,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor's
plan for the following reason(s):

1.  SOFA #4 lacks description.

2.  The Trustee avers that debtor's plan is not feasible based upon the following:

    a.  The plan is underfunded relative to claims to be paid – 100% plan.

3.  Trustee avers that debtor's plan cannot be administered due to the lack of the
following:

    a.  The debtor has not provided to the Trustee copies of 2022
       Federal Income Tax returns as required by § 521(e)(2)(A).

WHEREFORE, Trustee alleges and avers that debtor's plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of debtor(s) plan.
    b.  Dismiss or convert debtor(s) case.
    c.  Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   17th   day of April, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

/s/Deborah A. DePalma
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee