United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 23-00246-HWV

Amy Elizabeth Walter                                                              Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                   User: AutoDocke                                   Page 1 of 1

Date Rcvd: Oct 15, 2024                           Form ID: trc                                      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5526992 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 15 2024 19:22:10 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2024                            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2024 at the address(es) listed
below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC logsecf@logs.com  cistewart@logs.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Amy Elizabeth Walter dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 1:23-bk-00246-HWV
## Chapter 13

In re: Debtor(s) (including Name and Address)

Amy Elizabeth Walter
944 Aspen Lane
Red Lion PA 17356

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/14/2024.

Name and Address of Alleged Transferor(s):

Claim No. 4: Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368

Name and Address of Transferee:

Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603
Resurgent Receivables LLC
PO Box 10587
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/17/24

Terrence S. Miller

**CLERK OF THE COURT**